**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ANDRE MESSAM | No. 3:23-cr-00140 (SRU) |

### MEMORANDUM OF DECISION REGARDING ORDER SETTING CONDITIONS OF RELEASE

On September 1, 2023, I held a bond hearing and hearing on the motion to review the detention order of the United States Magistrate Judge. *See* Doc. No. 23; Doc. No. 22. After considering the factors set forth in 18 U.S.C. § 3142(g) and the evidence presented at the detention hearing, I made the following determinations:

As I set forth on the record at the hearing, the factors weighing in favor of Messam's detention include the weight of the evidence against Messam and the length of the sentence he may face if convicted. Messam's prior criminal history and his attempt to evade arrest are factors that do not conclusively weigh in either direction. Moreover, I do not have sufficient facts from which I can make a determination regarding Messam's history of alcohol or substance abuse. Finally, I do not hold that there has been a breach of the Court's trust. *See generally* 18 U.S.C. § 3142(g) (setting forth factors to be considered).

In addition to the factors discussed above, I also considered the bond package proposed by Messam. In contrast to the bond package that was presented to Judge Garcia at the first bond hearing, the bond package proposed here is strong. *See* Doc. No. 26 (order setting conditions of release). *Cf.* Doc. No. 14 *with* Doc. No. 23.

Accordingly, as I concluded on the record at the hearing, the defense has rebutted the presumption pursuant to 18 U.S.C. § 3142(e)(3). Additionally, because of the strength of the

2

proposed bond package, the government has not met its burden of showing that there is no set of release conditions that will reasonably ensure the safety of other persons and the community, as well as the appearance of the defendant. I therefore granted Messam's motion to review the United States Magistrate Judge's detention order, and I ordered the release of Messam pursuant to the conditions proposed in the motion to review the detention order. *See* Doc. No. 26; Doc. No. 25; *see also* Doc. No. 23.

It is so ordered.

Dated at Bridgeport, Connecticut, this 15th day of September 2023.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge